1 ANGELA SPIVEY (*pro hac vice forthcoming*)
2 ANDREW G. PHILLIPS (*pro hac vice forthcoming*)
**ALSTON & BIRD LLP**
One Atlantic Center
3 1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309-3424
4 Telephone:  (404) 881-7000
Facsimile:(404) 881-7777
5 E-mail:   angela.spivey@alston.com
              andrew.phillips@alston.com
6
7 RACHEL E. K. LOWE (SBN 246361)
**ALSTON & BIRD LLP**
8 333 South Hope Street, 16th Floor
Los Angeles, CA 90071-1410
9 Telephone:  (213) 576-1000
Facsimile:(213) 576-1100
10 E-mail:   rachel.lowe@alston.com

11 Attorneys for Defendant
**GRAND BRANDS, INC.
dba True Citrus or True Lemon**

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mary Tedesco, on behalf of herself, all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>v.<br><br>Grand Brands, Inc., a Delaware corporation, dba True Citrus or True Lemon,<br><br>Defendant. | Case No.:  3:20-cv-01928-TWR-JLB<br><br>[Assigned to Hon. Todd. W. Robinson]<br><br>**DEFENDANT GRAND BRANDS, INC. DBA TRUE CITRUS OR TRUE LEMON'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Complaint Filed: September 28, 2020 |

1  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Civil Local Rule
2  40.2, the undersigned counsel of record for Defendant Grand Brands, Inc. dba True
3  Citrus or True Lemon's ("Defendant") certifies that, to the best of its knowledge, as of
4  this date, other than the named parties, there are no additional interested parties to
5  report.  Defendant has no parent corporation, and no publicly-owned company owns
6  10% or more of its stock.  These representations are made to enable the Court to evaluate
7  possible disqualification or recusal.

DATED: November 19, 2020    RACHEL E. K. LOWE
**ALSTON & BIRD LLP**

*/s/ Rachel E. K. Lowe*
Rachel E. K. Lowe

Attorneys for Defendant
**GRAND BRANDS, INC., dba True Citrus or True Lemon**