AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of California

| | | |
|---|---|---|
| Mary Tedesco | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:20-cv-01928-TWR-JLB |
| Grand Brands, Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Mary Tedesco                                                                                                    .

Date:    11/19/2020

/s/ Alexis Wood
*Attorney's signature*

Alexis Wood CA Bar No. 270200
*Printed name and bar number*

Law Offices of Ronald A. Marron
651 Arroyo Drive
San Diego, CA 92103

*Address*

alexis@consumersadvocates.com
*E-mail address*

(619) 696-9006
*Telephone number*

(619) 564-6665
*FAX number*