**LAW OFFICES OF RONALD A. MARRON APLC**
RONALD A. MARRON (SBN 175650)
*ron@consumersadvocates.com*
ALEXIS M. WOOD (SBN 270200)
*alexis@consumersadvocates.com*
KAS L. GALLUCCI (SBN 288709)
*kas@consumersadvocates.com*
MICHAEL T. HOUCHIN (SBN 305541)
*mike@consumersadvocates.com*
LILACH HALPERIN (SBN 323202)
*lilach@consumersadvocates.com*
ELISA PINEDA (SBN 328285)
*elisa@consumersadvocates.com*
651 Arroyo Drive
San Diego, CA 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

[additional attorneys on signature page]

*Attorneys for Plaintiff and the Proposed Class*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY TEDESCO, on behalf of herself, all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>v.<br><br>GRAND BRANDS, INC., a Delaware corporation, dba True Citrus or True Lemon,<br><br>Defendant. | Case No.: 03:20-cv-01928-TWR-JLB<br><br>**JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER**<br>Stipulated Protective Order filed concurrently herewith<br><br>Hon. Todd W. Robinson<br>Hon. Jill L. Burkhardt |

Pursuant to Federal Rule of Civil Procedure 26 and Local Rule 7.2, Plaintiff Mary Tedesco and Defendant Grand Brands, Inc. dba True Citrus or True Lemon (collectively, the "parties"), through their respective counsel, jointly move this Court pursuant to Federal Rule of Civil Procedure 26(c), for approval and entry of the attached Stipulated Protective Order, which has also been submitted concurrently to the Court's chambers via email. The parties submit that the Stipulated Protective Order is in accordance with the Chambers' Rules for the Honorable Jill L. Burkhardt and is based on the Model Protective Order provided in the Court's Local Rules.

This case involves allegations related to the formulation, labeling, marketing, and sale of Defendant's True Lemon drink mix products. The parties contemplate that discovery will include confidential, proprietary, private, commercially and competitively sensitive information, including information regarding proprietary manufacturing processes, business systems, economically sensitive information, personal identifying information of Plaintiff and other consumers, and other competitively sensitive information within the meaning of Federal Rule of Civil Procedure 26(c), for which special protection from public disclosure and from use for any purpose other than prosecuting this litigation is warranted. The parties submit that there is good cause for the Court to enter the Stipulated Protective Order to facilitate discovery in this case and to avoid unauthorized disclosure of discovery materials, which could be detrimental to the parties' and others' interests. Accordingly, the parties have agreed to be bound by the Stipulated Protective Order, and respectfully request that the Court approve and enter the Order.

Dated:   February 1, 2021         Respectfully submitted,

                                  /s/ *Ronald A. Marron*
                                     Ronald A. Marron

**LAW OFFICES OF RONALD A. MARRON, APLC**
RONALD A. MARRON (SBN 175650)
*ron@consumersadvocates.com*
ALEXIS M. WOOD (SBN 270200)
*alexis@consumersadvocates.com*
KAS L. GALLUCCI (SBN 288709)
*kas@consumersadvocates.com*
MICHAEL T. HOUCHIN (SBN 305541)
*mike@consumersadvocates.com*
LILACH HALPERIN (SBN 323202)
*lilach@consumersadvocates.com*
ELISA PINEDA (SBN 328285)
*elisa@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

**LAW OFFICE OF DAVID ELLIOT**
DAVID ELLIOT (SBN 270381)
*davidelliot@elliotlawfirm.com*
3200 Fourth Avenue, Suite 207
San Diego, CA 92103
Telephone: (858) 228-7997

*Attorneys for Plaintiff Mary Tedesco and the Proposed Class*

Dated: February 1, 2021                Respectfully submitted,

<u>/s/ Angela Spivey</u>

**ALSTON & BIRD LLP**
ANGELA SPIVEY
*angela.spivey@alston.com*
ANDEW G. PHILLIPS
*andrew.phillips@alston.com*
One Atlantic Center
1201 West Peachtree Street, Suite 4900
Atlanta GA 30309-3424

Telephone: (404) 881-7000
Facsimile: (404) 881-7777

**ALSTON & BIRD LLP**
RACHEL E. K. LOWE (SBN 246361)
*rachel.lowe@alston.com*
333 South Hope Street, 16th Floor
Los Angeles, CA 90071-1410
Telephone: (213) 576-1000
Facsimile: (213) 576-1100

*Attorneys for Defendant Grand Brands, Inc.*

## ELECTRONIC SIGNATURE CERTIFICATION

I, Ronald A. Marron, counsel for Plaintiff, in the above-entitled matter, hereby certify that the required parties have approved and accepted the content of the Stipulated Protective Order, and that I have obtained authorization from Angela Spivey counsel for Defendant, for her electronic signatures on the Joint Motion for Entry of Stipulated Protective Order and the Stipulated Protective Order.

Dated: February 1, 2021         **LAW OFFICES OF RONALD A. MARRON**
                                By:   /s/ Ronald A. Marron

                                *Attorney for Plaintiff and the Proposed Class*